IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY EASLEY,** | CIV S-07-0629 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 27, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

Dated: 8/1/07                                     /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          UNITED STATES MAGISTRATE JUDGE

eas629.eot

Order

1