IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY EASLEY,** | CIV S-07-0629 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Respondent has requested a 14-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including September 10, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

DATED: 9/10/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

eas629.eot(2)

Order

1