IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. EASLEY,

    Petitioner,     No. CIV S-07-0629 WBS GGH P

  vs.

STATE OF CALIFORNIA, et al.,

    Respondents.     ORDER

_____/

      Petitioner has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 24, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2008, are adopted in full; and

2. This action is dismissed for lack of jurisdiction.

3. In the alternative, this action is dismissed because the claims raised are not exhausted and respondent's September 10, 2007, (Docket #13) motion to dismiss is granted.

DATED: April 30, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/easl0629.805hc