IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. EASLEY,

      Petitioner,                      No. CIV S-07-0629 WBS GGH P

    vs.

STATE OF CALIFORNIA, et al.,

      Respondents.              <u>ORDER</u>

_____/

        Petitioner, proceeding pro se, has timely filed a notice of appeal of this court's May 1, 2008, dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the

1

1  denial of a constitutional right and that jurists of reason would find it debatable whether the
2  district court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484, 120
3  S.Ct. 1595, 1604 (2000).
4        For the reasons set forth in the magistrate judge's March 24, 2008, findings and
5  recommendations, petitioner has not demonstrated that jurists of reason would find it debatable
6  whether this court was correct on its ruling that the court lacked jurisdiction and that the claims
7  are not exhausted.
8        Accordingly, a certificate of appealability should not issue in this action.
9        IT IS SO ORDERED.
10 DATED:  June 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16 eas629.dis